Shellie Lott, SBN:     246202

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODILIA CARRILLO,<br><br>            Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>            Defendant. | No.  2:13-cv-02401-KJN<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file A Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of April 25, 2014, by thirty days, to the new response date of  May 26, 2014, **and all other deadlines be extended accordingly**.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

///

1

1 | DATED: April 22, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

*/s/ Shellie Lott*
SHELLIE LOTT,
Attorney for Plaintiff

*/s/ Marla K. Letellier*
MARLA K. LETELLIER,
(As authorized via E-mail on 04/13/14)
Special Assistant U S Attorney
Attorneys for Defendant

Shellie Lott, SBN: 246202

CERNEY KREUZE & LOTT, LLP

42 North Sutter Street, Suite 400

Stockton, California 95202

Telephone: (209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODILIA CARRILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>    Defendant. | No. 2:13-cv-02401-KJN<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

  Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby GRANTED.

  Plaintiff shall file her Motion For Summary Judgment on or before May 26, 2014, with all other scheduling deadlines to be adjusted accordingly.

  IT IS SO ORDERED.

Dated: April 24, 2014

                  _____
                  KENDALL J. NEWMAN
                  UNITED STATES MAGISTRATE JUDGE