BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail:  Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODILIA CARRILLO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:13-cv-02401-KJN<br><br>ORDER APPROVING STIPULATION<br>FOR EXTENSION OF TIME FOR<br>DEFENDANT TO RESPOND TO<br>PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT<br>(FIRST REQUEST) |

      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a forty-five day extension, from June 25, 2014 to August 11, 2014, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

      This request is the result of both a heavy workload for counsel responsible for briefing this case and counsel's vacation schedule in late June and in July.  For example, in the next three weeks counsel is responsible for briefing dispositive motions in six matters, as well as significant other agency matters such as multiple civil rights complaints and agency legal opinions.

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: June 20, 2014          By: /s/ Marla K. Letellier
                              MARLA K. LETELLIER
                              Special Assistant United States Attorney
                              Attorneys for Defendant

                              CERNEY KREUZE & LOTT, LLP

Dated: June 20, 2014          By: /s/ Shellie Lott
                              SHELLIE LOTT
                              Attorney for Plaintiff
                              (as approved by email on June 20, 2014)

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  June 24, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip for EOT, 2:13-cv-02401-KJN                2