BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8928
   Facsimile: (415) 744-0134
   E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODILIA CARRILLO,<br><br>   Plaintiff,<br><br>   vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>   Defendant. | CIVIL NO. 2:13-cv-02401-KJN<br><br>ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br>(SECOND REQUEST) |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a twenty-one day extension, from August 11, 2014 to September 2, 2014, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

This request is the result of a heavy workload for counsel responsible for briefing this case. For example, in the next three weeks counsel is responsible for briefing dispositive motions in five matters, as well as significant other agency matters such as multiple civil rights complaints and agency legal opinions. Additionally, this extension is needed because counsel for Defendant will be out of the office from August 15, 2014 until August 25, 2014.

Stip for EOT, 2:13-cv-02401-KJN                 1

This request is not meant to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: August 11, 2014      By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant

CERNEY KREUZE & LOTT, LLP

Dated: August 11, 2014      By: /s/ *Shellie Lott*
SHELLIE LOTT
Attorney for Plaintiff
(as approved by email on August 11, 2014)

PURSUANT TO STIPULATION, IT IS SO ORDERED.  However, the court notes that defendant has previously received a 45-day extension and now a 21-day extension.  Although the court is sympathetic to counsel's workload, the court is disinclined to grant any further extensions absent extraordinary circumstances.

Dated:  August 12, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE